IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY L. MCCOY,  No. C-12-5096 TEH (PR)

     Plaintiff,  ORDER ADMINISTRATIVELY CLOSING CASE AND TRANSFERRING DOCUMENTS TO CASE NUMBER C-12-3821 TEH

    v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

     In this case, Plaintiff Danny L. McCoy, a federal prisoner presently incarcerated at the Federal Correctional Institution (FCI) in Lompoc, California, files evidence pertaining to his complaint in case number C 12-3841 TEH regarding an incident that occurred on January 27, 2011, when he was incarcerated at the FCI in Dublin, California. Here, Plaintiff files medical evidence showing that his injuries are the result of the incident on January 27, 2011 and not from a previous slip and fall incident on September 18, 2009. However, Plaintiff filed the new evidence with a cover sheet indicating it was a new complaint and, thus, the clerk opened a new case and assigned it a new case number.

Because Plaintiff is submitting evidence supporting his claim in case number C 12-3841 TEH, this information should have been filed in that case and a new case should not have been opened. Plaintiff is advised to include the correct case number, C 12-3841 TEH, on all documents he files relating to his claim arising from the January 27, 2011 incident.

Therefore, the clerk is ordered to administratively close this case and file the documents attached to Plaintiff's complaint in case number C 12-3841 TEH.

IT IS SO ORDERED.

DATED  *11/05/2012*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.12\McCoy v. US- 12-5096 Close Case.wpd

**2**